# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID LEE WILLIAMS

NO. 2020 KW 0781

**OCTOBER 26, 2020**

---

In Re: David Lee Williams, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 12-WCR-494.

---

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT APPLICATION TRANSFERRED to the Louisiana Supreme Court,** which has "exclusive supervisory jurisdiction . . . of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT